# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL SAAVEDRA, | § | |
| (TDCJ-CID # 686308) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-3655 |
| | § | |
| SAMUEL M. HUGHES, *et al.*, | § | |
| Defendants. | § | |

## MEMORANDUM ON DISMISSAL

Manuel Saavedra has not responded to this court's order of April 27, 2006 requiring him to submit a more definite statement of the facts on which he based his suit. (Docket Entry No. 8). The order required Saavedra to respond within 30 days. On May 31, 2006, this court allowed additional time and ordered Saavedra to comply by July 31, 2006. (Docket Entry No. 10). The court's orders specifically stated that failure to comply as directed could result in the dismissal of this action. Saavedra has not yet filed the more definite statement, explained why, or sought more time. This case is dismissed without prejudice for failure to comply with the court's order and failure to prosecute. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir.1995); 8 J. Moore, *Federal Practice* § 41.51(3)(b) & (e) (3d ed. 1998).

Saavedra may seek relief from this order under Rule 60(b) of the Federal Rules of Civil Procedure.

    SIGNED on August 16, 2006, at Houston, Texas.

                                                        Lee H. Rosenthal
                                            United States District Judge