**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MANUEL SAAVEDRA, | § | |
| (TDCJ-CID # 686308) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-3655 |
| | § | |
| SAMUEL M. HUGHES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Manuel Saavedra, an inmate of the Texas Department of Criminal Justice - Correctional Institutions Division, filed this civil rights action *in forma pauperis* on January 17, 2005. On August 16, 2006, this court dismissed the action for want of prosecution, (Docket Entry No. 11), because Saavedra failed to comply with this court's April 27, 2006 order for a more definite statement. (Docket Entry No. 8).

On August 30, 2006, Saavedra filed a letter that was difficult to read or understand. Saavedra stated that he tried to comply with the court's order for a more definite statement but prison officials confiscated the order along with other legal materials. Saavedra also claims that prison guards searched his cell without justification, retaliated against him, and threatened him with physical injury. He appears to ask that this case be reinstated.

Saavedra's constructive motion for relief from judgment, (Docket Entry No. 13), is denied at this time. Saavedra still has not submitted his more definite statement. The clerk

of court is to provide Saavedra with another copy of this court's order for a more definite statement, (Docket Entry No. 8).  If Saavedra wants to reinstate this lawsuit, he must complete and submit his more definite statement no later than **March 2, 2007**.

SIGNED on January 31, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge